FILED: JULY 24, 2008
08CV4212
JUDGE HART
MAGISTRATE JUDGE MASON
EDA

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case No.
TRUSTEES OF THE AUTOMOBILE MECHANICS'
INDUSTRY WELFARE AND PENSION FUNDS LOCAL 701
                Plaintiff,
   V.
MONTELL CHEVROLET, INC., an Illinois Corporation
                Defendants,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| |
|---|
| NAME (Type or print)<br><br>PAUL M. EGAN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/Paul M. Egan |
| FIRM<br><br>ARNOLD AND KADJAN |
| STREET ADDRESS<br><br>19 WEST JACKSON BLVD. |
| CITY/STATE/ZIP<br><br>CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>6229195 | TELEPHONE NUMBER<br><br>(312) 236-0415 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?<br>                YES ☑     NO ☐ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?<br>                YES ☐     NO ☑ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?<br>                YES ☐     NO ☑ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>                YES ☐     NO ☑ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>  RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ ||