## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV4212                    Assigned/Issued By: J. N.

Judge Name: HART                         Designated Magistrate Judge: MASON

---

### FEE INFORMATION

*Amount Due:*    [✓] $350.00      [ ] $39.00      [ ] $5.00
                 [ ] IFP          [ ] No Fee      [ ] Other _____
                 [ ] $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____              Receipt #: 2964067_____

Date Payment Rec'd: 7-24-08_____   Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          *(Victim, Against and $ Amount)*
[ ] Writ _____            [ ] Other
    *(Type of Writ)*                     _____
                                         *(Type of issuance)*

1____ Original and 0_____ copies on 7-24-08_____ as to DEFENDANT_____
                                *(Date)*