# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Trustees of the Automobile Mechanics' Local 701

v.

Montell Chevrolet, Inc.

Case Number: 2008 CV 4212

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Montell Chevrolet, Inc.

| | |
|---|---|
| NAME (Type or print)<br>James J. Roche | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James J. Roche | |
| FIRM<br>James J. Roche & Associates | |
| STREET ADDRESS<br>642 N. Dearborn Street | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2359162 | TELEPHONE NUMBER<br>312-335-0044 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☑   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |