IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE AUTOMOBILE MECHANICS' INDUSTRY WELFARE AND PENSION FUNDS LOCAL 701, | ) ) ) ) | |
| Plaintiffs, | ) ) | 2008 CV 4212 |
| v. | ) ) ) | Judge Hart Magistrate Judge Mason |
| MONTELL CHEVROLET, INC., | ) ) | |
| Defendant. | ) | |

### NOTICE OF FILING

To: Paul M. Egan
Arnold and Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604

PLEASE TAKE NOTICE that on the 4th day of September, 2008 we have filed with the Clerk of the United States District Court, Northern District of Illinois, eastern Division, the attached **Defendant Montell Chevrolet, Inc.'s Appearance**, a copy of which is hereby served upon you.

                                                                                                    s/ Justyna A. Ziolo
                                                                       One of the attorneys for Defendant

James J. Roche # 2359162
Justyna A. Ziolo # 6280391
JAMES J. ROCHE & ASSOCIATES
642 N. Dearborn
Chicago, Illinois 60601
(312)335-0044
(312)335-9009 fax

### CERTIFICATE OF SERVICE

     I certify that on September 4, 2008 I electronically filed Defendant Montell Chevrolet, Inc. Appearance, and Notice of Filing with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system as to Filing Users.

                                    Respectfully submitted,
                                    JAMES J. ROCHE & ASSOCIATES

                     By:    s/ Justyna A.Ziolo
                                One of the attorneys for Defendant

James J. Roche # 2359162
Justyna A. Ziolo # 6280391
JAMES J. ROCHE & ASSOCIATES
642 N. Dearborn
Chicago, Illinois 60601
(312)335-0044
(312)335-9009 fax
jziolo@jjroche.net